# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT
_____

LATEIKA SHALONDA McKENZIE-MORGAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0661
_____

November 26, 2025

Appeal from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Blair Allen, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.
_____

Opinion subject to revision prior to official publication.